UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:  
**Tiffney Buie**  
Social Security No.:  
xxx-xx-1279  
Address:  
212 South Fifth Street, Sanford NC 27330-

Case No. 09-81080- -  
Chapter 13

Debtor

Tiffney Buie,

                Plaintiff,    A.P. No.:

Credit Acceptance

                Defendant.

## COMPLAINT OBJECTING TO CLAIM
## AND TO DETERMINE VALIDITY OF LIEN

The Plaintiff, above-named, respectfully alleges as follows:

1. That this matter is a core proceeding pursuant to 28 U.S.C. § 157, and that the court has jurisdiction pursuant to 28 U.S.C. §§ 151, 157 and 1334.

2. This Complaint was filed, pursuant to 11 U.S.C. 506(d), and in accordance with Bankruptcy Rule 7001, for the purpose of determining the validity of the lien held by Credit Acceptance.

3. The Plaintiff is filed this bankruptcy case on June 30, 2009, seeking protection under Chapter 13 of Title 11 of the United States Code.

4. The Defendant Credit Acceptance is, upon information and belief, a corporation with an office and principal place of business located, as indicated on its Proof of Claim, at 25505 West 12 Mile, Southfield, MI 48034.

5. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 506.

6. The Plaintiff owns a 2001 Lincoln Continental.

7. The fair market value of the said property is not greater than $5,200.00.

8. That pursuant to 11 U.S.C. § 501 (a), on or about July 3, 2009, the Defendant filed a Proof of Claim in the Plaintiff's bankruptcy case. (A copy of said Proof of Claim is attached hereto

and incorporated by reference as Exhibit A.)

9. In the Proof of Claim and Amended Proof of Claim, the Defendants assert that it holds security interest in such property with a payoff balance, as of the date this case was filed in the amount of approximately $8,630.31.

10. That neither the Proof of Claim nor the Amended Proof of Claim was, in compliance with the requirement of Bankruptcy Rule 3001(d), "accompanied by evidence that the security interest has been perfected."

11. That as a result of this failure to attach evidence that the security interest has been perfected, the Proof of Claim and Amended Proof of Claim should not be an allowed secured claim.

12. Pursuant to 11 U.S.C. 506 (d) such claim is not being disallowed:
    a. Pursuant to 11 U.S.C. § 502(b)(5), which relates to debts that are unmatured on the date of filing and are excepted from discharge under 11 U.S.C. § 523(a)(5);
    b. Pursuant to 11 U.S.C. § 502(e), which relates to claims for reimbursement or contribution of an entity that is liable with the debtor or has secured the claim of a creditor; nor
    c. Due only to the failure of any entity to file a Proof of Claim under 11 U.S.C. § 501.

13. In turn, pursuant to 11 U.S.C. 506(d), the lien securing said loan is void.

**WHEREFORE**, the Plaintiff prays the Court find that said claim held by Credit Acceptance, which is secured by a lien upon said property, to be void, and that said claim should therefore be classified an unsecured claim for the purpose of this Chapter 13 case. The Plaintiff further prays that the Court order Credit Acceptance to cancel the said lien forthwith. The Plaintiff additionally prays that the attorney for the Plaintiff be awarded attorneys fees to be paid from the assets of the estate pursuant to 11 U.S.C. § 330(a)(4)(B) and that the Court grant such other and further relief as to the Court seems just and proper.

Dated: August 4, 2009

                                        **The Law Offices of Orcutt, Bledsoe & Boltz**

                                        /s Edward Boltz
                                        Edward Boltz
                                        Attorney for the Plaintiff
                                        North Carolina State Bar No.: 23003
                                        1738-D Hillandale Rd.
                                        Durham NC 27705
                                        (919) 286-1695
                                        eboltz@johnorcutt.com